AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                              CRIMINAL COMPLAINT

PHILIP H. BLOOM                                        Case number:

    I, the undersigned complainant Special Agent Patrick McKenna, Jr., being duly sworn, hereby state the following is true and correct to the best of my knowledge and belief.  From at least in or about December 2003 until the present, in Iraq, within the extraterritorial jurisdiction of the United States and elsewhere, and therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, Defendant Philip H. BLOOM and others, known and unknown, did unlawfully and knowingly combine, conspire, confederate and agree with others and with each other to commit offenses against the United States, namely, to violate statutes of the United States, namely Title 18, U.S. Code, Sections 1343 (wire fraud) and 2314 (interstate transportation of stolen property), in violation of Title 18, U.S. Code, Section 371 and knowingly and unlawfully and agree with others, known and unknown, to engage in a money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h).

    I further state that I am a Special Agent with the Office of the Special Inspector for Iraq Reconstruction and this Complaint is based on the facts as stated in the attached Affidavit which is made a part hereof.

    Signature of Complainant:        _____
                                                      **Patrick J. McKenna**
                                                      **Special Agent**

**Sworn to before me and subscribed in my presence on November \_\_, 2005   at  Washington, D.C.**

_____      _____
Name & Title of Judicial Officer            Signature of Judicial Officer