AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA
V.

Philip H. Bloom

**WARRANT FOR ARREST**

CASE NUMBER: 05-0604M-01

To: The United States Marshal
and any Authorized United States Officer

FILED

NOV 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest __PHILIP H. BLOOM__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO VIOLATE STATUTES OF THE UNITED STATES, NAMELY TITLE 18, UNITED STATES CODE, SECTIONS 1343 (WIRE FRAUD) AND 2314 (INTERSTATE TRANSPORTATION OF STOLEN PROPERTY), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371; AND MONEY LAUNDERING CONSPIRACY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(H).

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing officer

Nov. 13, 2005   Bethesda Md
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 11-16-05 | NAME AND TITLE OF ARRESTING OFFICER  REPORTING  SEAN McLEOD  SA USSS | SIGNATURE OF ARRESTING OFFICER  REPORTING  _[signature]_ Sean McLeod |
|---|---|---|
| DATE OF ARREST 11-16-05 | | |