IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| v.   ) | Criminal No. 05-MJ-00604-AK-1 |
| ) | |
| PHILIP H. BLOOM,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

### CONSENT MOTION TO TRANSFER
### DEFENDANT TO THE D.C. CORRECTIONAL TREATMENT FACILITY

COMES NOW the United States of America, by and through its undersigned counsel in the above-entitled and numbered cause, and the Defendant, by and through his attorney of record, and respectfully move this Court to transfer the Defendant to the District of Columbia Correctional Treatment Facility.  The Defendant's counsel has expressly authorized the United States to file this motion.

The Defendant suffers from pneumonia and kidney problems, which if treated improperly will substantially threaten his health.  He requires prescription medication regularly.

The Defendant is a 65 year old, non-violent white collar defendant presently incarcerated in D.C. Jail amidst violent offenders.  The Defendant has repeatedly expressed concern for his safety under his current conditions of incarceration.

Additionally, while the Defendant has agreed to be interviewed by the Government in the presence of his counsel, the first interview was interrupted due to the prisoner transport

schedule set by the U.S. Marshals Service.  If the Defendant continues to be incarcerated at D.C. Jail, the Government's opportunity to interview the Defendant will continue to be limited by such transport schedule.  Both parties anticipate that a successful debrief of the Defendant will require extended interviews over a period of several weeks which would be facilitated by incarceration at the Correctional Treatment Facility.

    A proposed order is attached.

A proposed order is attached.

                        DATED: November 22, 2005.

                        NOEL L. HILLMAN
                        Chief, Public Integrity Section

                        RICHARD WEBER
                        Chief, Asset Forfeiture and Money
                            Laundering Section

                        _____

                        JAMES A. CROWELL IV
                        MARK YOST
                        PATRICK MURPHY
                        ANN C. BRICKLEY

                        Trial Attorneys
                        U.S. Department of Justice
                        Criminal Division
                        1400 New York Ave., NW
                        Washington, DC 20530
                        (202) 514-1412
                        james.crowell@usdoj.gov
                        Mark.yost@usdoj.gov
                        Patrick.murphy@usdoj.gov
                        Ann.brickley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PHILIP H. BLOOM, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 05-MJ-00604-AK-1 |

**ORDER**

Upon consideration, the Parties' Joint Motion to Transfer the Defendant to the D.C. Correctional Treatment Facility is hereby GRANTED, and it is hereby

ORDERED that the Defendant be transferred to the D.C. Correctional Treatment Facility immediately, in order for the Defendant's medical needs to be dealt with appropriately.

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 22nd day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

        Robert A. Mintz, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ 07102-4056
        (973) 622-4444

                                    _____
                                    JAMES A. CROWELL IV
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Criminal Division
                                    Public Integrity Section
                                    10th & Constitution Ave., NW
                                    Washington, DC 20530
                                    (202) 514-1412
                                    james.crowell@usdoj.gov