**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,       )
                                )
            v.                  )       Criminal No. 05-MJ-00604-AK-1
                                )
PHILIP H. BLOOM,                )       **FILED**
                                )
            Defendant.          )       NOV 2 5 2005
_____  )

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration, the Parties' Joint Motion to Transfer the Defendant to the D.C. Correctional Treatment Facility is hereby GRANTED, and it is hereby

ORDERED that the Defendant be transferred to the D.C. Correctional Treatment Facility immediately, in order for the Defendant's medical needs to be dealt with appropriately.

ORDERED this 25 day of __November__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

(N)