**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,     )
                             )
         v.                 )      Criminal No. 05-MJ-00604-AK-1
                             )
PHILIP H. BLOOM,         )
                             )
     Defendant.          )
                             )

**FILED**

**NOV 2 8 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing and Preliminary Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing and Preliminary Hearing previously set for November 21, 2005 is hereby continued until December 16, 2005 at 9:30 a.m.

ORDERED this _28th_ day of _November_, 2005.

_____
UNITED STATES MAGISTRATE JUDGE