IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-MJ-00604-AK-1 |
| | ) | |
| PHILIP H. BLOOM, | ) | |
| | ) | **FILED** |
| Defendant. | ) | |
| | ) | DEC 1 6 2005 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment and to continue the Detention Hearing and Preliminary Hearing is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from December 13, 2005 to February 16, 2006 based on the representation that the Parties require additional time for the Government to provide additional pre-indictment information to the Defendant, that the Government and the Defendant's counsel require additional time for effective preparation, and that the Parties require additional time to explore a pre-indictment resolution of the case, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until February 16, 2006. The Detention Hearing is continued until January 6, 2006. The Preliminary Hearing is continued until February 16, 2006. The time period from December 13, 2005 to February 16, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this _15_ day of _Decbr_____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

4

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 13th day of December, 2005, I caused to be served by regular mail a copy of the foregoing filing:

>Robert A. Mintz, Esq.
>McCarter & English, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, NJ 07102-4056
>(973) 622-4444

>JAMES A. CROWELL IV
>Trial Attorney
>U.S. Department of Justice
>Criminal Division
>Public Integrity Section
>10th & Constitution Ave., NW
>Washington, DC 20530
>(202) 514-1412
>james.crowell@usdoj.gov

5