```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-MJ-00604-AK-1 |
| | ) | |
| PHILIP H. BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT MOTION TO CONTINUE
## DATE FOR DETENTION HEARING

COMES NOW the United States of America, by and through its undersigned counsel in the above-entitled and numbered cause, and respectfully moves this Court to continue the Detention Hearing previously set for January 23, 2006 until January 30, 2006.  The Defendant joins the Government in seeking this Motion.

A proposed order is attached.

DATED: January 17, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,    )
                             )
     v.                        )    Criminal No. 05-MJ-00604-AK-1
                             )
PHILIP H. BLOOM,             )
                             )
     Defendant.                )
_____ )

## ORDER

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing previously set for January 23, 2006 is hereby continued until January 30, 2006 at ____ am/pm.

     ORDERED this _____ day of _____, 2006.


_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 17th day of January, 2006, I caused to be served by regular mail a copy of the foregoing filing:

        Robert A. Mintz, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street,
        Newark, NJ 07102-4056
        (973) 622-4444

                                _____
                                JAMES A. CROWELL IV
                                Trial Attorney
                                U.S. Department of Justice
                                Criminal Division
                                Public Integrity Section
                                10th & Constitution Ave., NW
                                Washington, DC 20530
                                (202) 514-1412
                                james.crowell@usdoj.gov