NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  05-604

## PHILIP H. BLOOM
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

John N. Nassikas, III,  Bar # 387167
(Attorney & Bar ID Number)

Arent Fox PLLC
(Firm Name)

1050 Connecticut Avenue, N.W.
(Street Address)

Washington,  D.C.       20036
(City)          (State)         (Zip)

(202) 857-6000
(Telephone Number)