IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL CASE NO. 05-604 |
| Plaintiff, : | |
| vs. : | |
| PHILIP H. BLOOM, : | |
| Defendant. : | |

**MOTION FOR LEAVE FOR ATTORNEY GEOFFREY NEAM ROSAMOND TO APPEAR PRO HAC VICE**

Pursuant to United States District Court for the District of Columbia, Rule 83.2(d), the undersigned moves the Court for leave for Geoffrey Neam Rosamond to appear *pro hac vice* in this matter. The accompanying declaration of Geoffrey N. Rosamond is filed in support of this Motion.

Respectfully submitted,

_____
John M. Gurley, Esquire
DC Bar No. 396894
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
(202) 857-6000
(202) 857-6395 (facsimile)

_____
John N. Nassikas, III, Esquire
DC Bar No. 387167
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
(202) 857-6000
(202) 857-6395 (facsimile)

Attorneys for Defendant
Philip H. Bloom

DATED: January 30, 2006

ME1\5347054.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            : | CRIMINAL CASE NO. 05-604 |
| Plaintiff,            : | |
| vs.            : | |
| PHILIP H. BLOOM,            : | |
| Defendant.            : | |

DECLARATION OF GEOFFREY NEAM ROSAMOND
IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>

I, GEOFFREY NEAM ROSAMOND, declare as follows:

1. My full name is Geoffrey Neam Rosamond.

2. My office address and telephone number is:

   McCarter & English, LLP
   Four Gateway Center
   100 Mulberry Street
   Newark, NJ 07102
   973-622-4444 (phone)

3. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

4. I have never been disciplined by any bar of any court.

5. I have not appeared as counsel *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership to the District of Columbia Bar pending.

7. I am familiar with the facts, issues, and pleadings in the above-captioned case. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct and that this declaration was executed on January 30, 2006 in Newark, New Jersey.

_____
GEOFFREY NEAM ROSAMOND

ME1\5347105.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NO. 05-604 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| PHILIP H. BLOOM, | : | |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court on motion of Arent Fox PLLC sponsoring member of the Bar of this Court, on behalf of McCarter & English, LLP, attorneys for defendant Philip H. Bloom, for the entry of an order granting Defendant's motion for *pro hac vice* admission to this Court to Geoffrey Neam Rosamond, and the Court having considered the motion;

**IT IS** on this ___ day of _____, 2006,

**ORDERED** that the motion of defendant to grant *pro hac vice* admission to this Court to Geoffrey Neam Rosamond is granted.

_____
Honorable Deborah A. Robinson

ME1\5347194.1