IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-604 |
| Plaintiff, | |
| vs. | ORDER |
| PHILIP H. BLOOM, | |
| Defendant. | |

FILED
FEB 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THIS MATTER** having been opened to the Court on motion of Arent Fox PLLC sponsoring member of the Bar of this Court, on behalf of McCarter & English, LLP, attorneys for defendant Philip H. Bloom, for the entry of an order granting Defendant's motion for *pro hac vice* admission to this Court to Geoffrey Neam Rosamond, and the Court having considered the motion;

IT IS on this 1st day of February, 2006,

**ORDERED** that the motion of defendant to grant *pro hac vice* admission to this Court to Geoffrey Neam Rosamond is granted.

Honorable ~~Deborah A. Robinson~~
ALAN KAY

ME1\5347194.1