IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **FILED UNDER SEAL** |
| Plaintiff, | ) |
| | ) Criminal No. 06-053-CKK |
| | ) |
| v. | ) Count One: 18 U.S.C. § 371 |
| | ) (Conspiracy) |
| | ) Count Two: 18 U.S.C. § 201 |
| PHILIP H. BLOOM, | ) (Bribery) |
| | ) Count Three: 18 U.S.C. § |
| Defendant. | ) 1956(h) (Money Laundering |
| | ) Conspiracy) |

**ELEMENTS OF OFFENSES**

To prove conspiracy (18 U.S.C. § 371) as charged in Count 1 of the Information, the Government must establish:

*First*: That the defendant and at least one other person made an agreement to commit the crime of bribery, or wire fraud, or interstate transport of stolen property as charged in the Information;

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third*: That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Information, in order to accomplish some object or purpose of the conspiracy.

To prove bribery (18 U.S.C. § 201(b)(1)(a) & (c)) as charged in Count 2 of the Information, the Government must establish:

*First*: That the defendant, directly or indirectly, corruptly gave, offered or promised something of value to a public official as charged in the Information; and

*Two*: That the Defendant did so knowingly and corruptly, with the intent to influence an official in the performance of an official act or to do or omit to do any act in violation of the official's duty.

To prove Money Laundering Conspiracy (18 U.S.C. § 1956(h)) as charged in Count 3 of the Information, the Government must establish:

*First*:    That the defendant and at least one other person, in some way or manner, came to a mutual understanding to try to accomplish a common and unlawful plan to commit money laundering in violation of 18 U.S.C. §§ 1956(h), 1956(a), and 1957; and

*Second*:    That the defendant knew the unlawful purpose of the agreement and joined in it knowingly and voluntarily.

DATED: March 6, 2006

                      Respectfully submitted,

                      ANDREW LOURIE
                      Chief, Public Integrity Section

                      _____
                      JAMES A. CROWELL IV
                      MARK YOST
                      PATRICK MURPHY
                      ANN C. BRICKLEY

                      Trial Attorneys
                      U.S. Department of Justice
                      Criminal Division
                      1400 New York Ave., NW
                      Washington, DC 20005
                      (202) 514-1412
                      james.crowell@usdoj.gov
                      Mark.yost@usdoj.gov
                      Patrick.murphy@usdoj.gov
                      Ann.brickley@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 6th day of March, 2006, I caused to be served by regular mail a copy of the foregoing filing:

        John N. Nassikas, Esq.
        Arent Fox
        1050 Connecticut Ave., NW
        Washington, DC 200036
        (202) 857-6014

        Robert A. Mintz, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street,
        Newark, NJ 07102-4056
        (973) 622-4444

        _____
        JAMES A. CROWELL IV
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        Public Integrity Section
        1400 New York Ave., NW,
        Suite 12100
        Washington, DC 20005
        (202) 514-1412
        james.crowell@usdoj.gov