IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | <u>FILED UNDER SEAL</u> |
| Plaintiff, | ) | |
| | ) | Criminal No. 06-053-CKK |
| | ) | |
| v. | ) | <u>Count One</u>: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| | ) | <u>Count Two</u>: 18 U.S.C. § 201 |
| PHILIP H. BLOOM, | ) | (Bribery) |
| | ) | <u>Count Three</u>: 18 U.S.C. § |
| Defendant. | ) | 1956(h) (Money Laundering |
| | ) | Conspiracy) |

**FILED MAR 0 6 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**GOVERNMENT'S MOTION TO SEAL THE ELEMENTS OF OFFENSES**</u>

The United States of America, by and through its undersigned attorneys, hereby submits this motion to seal the Elements of Offenses filing in this case and to seal the instant motion to seal until further Order of this Court. In support of this motion the government states that the Defendant is pleading guilty in a sealed plea hearing and that the public docketing of the Elements of Offenses and the instant motion to seal would undermine the parties' collective effort to prevent public disclosure that the Defendant is pleading guilty in this matter.

WHEREFORE, it is respectfully requested that this motion be granted. A proposed order is attached.

DATED: March 6, 2006

                          Respectfully submitted,

                          ANDREW LOURIE
                          Chief, Public Integrity Section

                          JAMES A. CROWELL IV
                          MARK YOST
                          PATRICK MURPHY
                          ANN C. BRICKLEY

                          Trial Attorneys
                          U.S. Department of Justice
                          Criminal Division
                          1400 New York Ave., NW
                          Washington, DC 20005
                          (202) 514-1412
                          james.crowell@usdoj.gov
                          Mark.yost@usdoj.gov
                          Patrick.murphy@usdoj.gov
                          Ann.brickley@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 6th day of March, 2006, I caused to be served by regular mail a copy of the foregoing filing:

> John N. Nassikas, Esq.
> Arent Fox
> 1050 Connecticut Ave., NW
> Washington, DC 200036
> (202) 857-6014
>
> Robert A. Mintz, Esq.
> McCarter & English, LLP
> Four Gateway Center
> 100 Mulberry Street,
> Newark, NJ 07102-4056
> (973) 622-4444

_____
JAMES A. CROWELL IV
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW,
Suite 12100
Washington, DC 20005
(202) 514-1412
james.crowell@usdoj.gov