**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-053 |
| | ) | |
| v. | ) | **FILED UNDER SEAL** |
| | ) | |
| PHILIP H. BLOOM., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the representations in the attached <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal</u>, this Court makes the following:

### FINDINGS OF FACT

1. Pursuant to the plea agreement in this case, the Defendant has agreed to cooperate with the United States in an on-going criminal/grand jury investigation.

2. The general public is not aware that the Defendant has agreed to cooperate with the United States in this on-going investigation.

3. The public docketing at this time of any notice that the Government has filed a <u>Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further</u>

Order of this Court and to Seal this Motion to Seal as well as the Order granting such motion will likely jeopardize an on-going criminal and grand jury investigation and place the personal safety of parties involved in the investigation at unnecessary risk.

4. Based on the representations in the Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal, this Court also FINDS that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's Motion to Seal and this Order have been filed with the Criminal Clerk's office under seal.[1]

Based on the above Findings of Fact, it is this 27th day of February, 2006, hereby

ORDERED that this Order, and the attached Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

---

[1] See Post v. Robinson, 935 F.2d 282, 289, fn. 10 (D.C. Cir. 1991).

It is further

ORDERED that the plea proceeding in this case, and all future proceedings shall be conducted under seal until further Order of this Court.

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion Seal</u> and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

_____
UNITED STATES DISTRICT JUDGE
KOLLAR-KOTELLY, J. CKK

cc: James A. Crowell IV
Ann C. Brickley
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW, 12th Floor
Washington, DC 20005
(202) 514-1412
james.crowell@usdoj.gov
Ann.brickley@usdoj.gov

Mark Yost
Patrick Murphy
Trial Attorneys
U.S. Department of Justice
Criminal Division
Asset Forfeiture and Money Laundering Section
1400 New York Ave., NW, 2nd Floor
Washington, DC 20005
mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov

Robert A. Mintz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street,
Newark, NJ 07102-4056
(973) 622-4444

John N. Nassikas, Esq.
Arent Fox
1050 Connecticut Ave., NW
Washington, DC 200036
(202) 857-6014

4