UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    CRIMINAL CASE:    06-053 (CKK)

PHILIP H. BLOOM

SEALED

ADDENDUM TO PLEA AGREEMENT



**FILED**
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ADDENDUM TO PLEA AGREEMENT

The United States of America, by and through its undersigned attorneys, and Defendant Philip H. Bloom, after consulting with his attorney, hereby agree and enter into the following Addendum to Paragraph 23 of the Plea Agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure:

Although the Defendant agrees to give up his right to appeal the actual sentence the Court imposes and the manner in which the Court determines the Defendant's sentence, the Defendant retains his right to appeal whether his plea was unlawful, in some way involuntary, and the reasonableness of the sentence imposed by the Court.

DATED: March 10, 2006, at Washington, DC.

FOR THE Defendant

_____
PHILIP H. BLOOM
Defendant

_____
John N. Nassikas, Esq.
Timothy Kane, Esq.
Arent Fox PLLC
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 857-6014

FOR THE UNITED STATES

Andrew Lourie, Acting Chief
Public Integrity Section

_____
James A. Crowell IV, Trial Attorney
Ann C. Brickley, Trial Attorney
Public Integrity Section

_____
Mark J. Yost, Trial Attorney
Patrick Murphy, Trial Attorney
Asset Forfeiture and Money
    Laundering Section

United States Department of Justice
Criminal Division
1400 New York Ave., NW
    Washington, DC 20005
James.Crowell@usdoj.gov
Ann.Brickley@usdoj.gov
Mark.Yost@usdoj.gov
Patrick.Murphy@usdoj.gov