UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-053 (CKK) |
| | ) | |
| PHILIP H. BLOOM, | ) | FILED UNDER SEAL |
| | ) | |
| Defendant. | ) | |

### DEFENDANT PHILIP H. BLOOM'S MOTION TO SEAL REQUEST FOR A DETENTION HEARING AND MOTION TO IMPOSE CONDITIONS OF RELEASE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO IMPOSE CONDITIONS OF RELEASE, PROPOSED ORDERS, CERTIFICATE OF SERVICE, AND THIS MOTION TO SEAL

Defendant Philip H. Bloom, by his attorneys, submits this Motion to Seal Request for a Detention Hearing and Motion to Impose Conditions of Release, Memorandum of Points and Authorities in Support of Motion to Impose Conditions of Release, proposed Orders, Certificate of Service, and this Motion to Seal. In support of this Motion to Seal, Mr. Bloom states as follows:

1. On February 27, 2006, the United States moved this Court to seal all future proceedings in this case until further order of this Court.

2. On February 27, 2006, the Court granted the government motion and ordered all future proceedings in this case sealed until further order of the Court.

3. For the reasons stated in the government motion, and pursuant to this Court's Order to seal the proceedings in this case, Mr. Bloom seeks to seal all documents and oral hearings related to his motion for conditional release.

WHEREFORE, it is requested that this motion be granted.

                        Respectfully submitted,

                        /s/ John N. Nassikas III /tpk

                        John N. Nassikas III  (Bar No. 387167)
                        John Gurley  (Bar No. 396894)
                        ARENT FOX PLLC
                        1050 Connecticut Ave., N.W.
                        Washington, DC 20036-5339
                        (202) 857-6000 (Telephone)
                        (202) 857-6395 (Fax)

**OF COUNSEL:**

Timothy P. Kane, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000 (Telephone)
(202) 857-6395 (Fax)

Dated: April 7, 2006