UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 06-053 (CKK) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| PHILIP H. BLOOM, | ) | |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**THIS MATTER** having been brought before the Court on motion of Defendant Philip H. Bloom for the entry of an order sealing Mr. Bloom's Request for a Detention Hearing and Motion to Impose Conditions of Release, Memorandum of Points and Authorities in Support of the Motion to Impose Conditions of Release, proposed Orders, Certificate of Service, and the Motion to Seal, and the Court having considered the motion;

**IT IS ORDERED** that Defendant Philip H. Bloom's Request for a Detention Hearing and Motion to Impose Conditions of Release, Memorandum of Points and Authorities in Support of the Motion to Impose Conditions of Release, proposed Order, Certificate of Service, Motion to Seal, and this Order shall be filed under seal in the Criminal Clerk's office, and the Criminal Clerk's office shall not make an entry on the public docket of the filing of these documents until further order of this Court.

**IT IS FURTHER ORDERED** that any detention hearing or related proceeding in this case shall be conducted under seal until further order of this Court.

**SO ORDERED** on this ___ day of _____, 2006.

_____
Honorable Colleen Kollar-Kotelly