## EXHIBIT A

**Criminal Case No. 06-053 (CKK)**
**UNDER SEAL**

**Philip H. Bloom - Current Business and Personal Bank Accounts**

| Account Holder | Bank | Account Number(s) | Status | Balance as of March 2006 (U.S. Dollar value) |
|---|---|---|---|---|
| Philip H. Bloom | ABN-AMRO Bucharest, Romania | 264100053372 | Sequestered | $770,870.32 |
| Philip H. Bloom | Bank Hofmann Geneva, Switzerland | 602733 (CH9105068060273302000) | Sequestered | $354,000.00 |
| Philip H. Bloom | Citibank Romania SA | 3162028 | Dormant | $0.00 |
| GBG Logistics SRL | Banca Romanesco Bucharest, Romania | RO29BRMA0700089820900000 RO64BRMA0700089820995400 RO76BRMA0700089820930000 | Operational Operational Partially Sequestered | $834.60 $2,049.74 $202,088.15 (+ $56,344.00 sequestered) |
| GBG Logistics SRL | Romexterra Unirea, Romania | RO92CRDZ030A068500569001 RO53CRDZ030A068500476001 RO26CRDZ030A068500476002 RO96CRDZ030A068500476003 | Operational Operational Operational Operational | $1,000,000.00 $2,759.12 $616,567.22 $0.00 |
| GBG Logistics SRL | BRD Societe Generale Triumf, Romania | SV 12929204160 | Dormant | $12.46 |
| GBG Logistics SRL | Credit Bank of Iraq Baghdad, Iraq | 782 | Dormant | $100.00 |

A-1

| Entity | Bank | Account Number | Status | Balance |
|---|---|---|---|---|
| GBG Logistics SRL | Bank Audi Audi Saradar Bank Romania | 01641046101/005 | Dormant | $500.00 |
| GBG Accounting SRL | Banca Romanesco Bucharest, Romania | RO29BRMA0700089820900000 | Operational | $714.94 |
| GBG Accounting SRL | Romexterra Unirea, Romania | RO30CRDZ030A068580476001 | Operational | $10,237.15 |
| Talent Plus SRL | BRD Sucursala Victoria Romania | RO29BRDE445SV23987674450 | Dormant | $0.00 |
| Baltazar Bloom & Pirvulescu SRL | BRD Societe Generale Piata Romana, Romania | RO45BRDE410SV45503394100<br>RO45BRDE410SV45503554100<br>RO45BRDE410SV45503634100 | Operational<br>Operational<br>Operational | $69,810.50<br>$416.42<br>$23.62 |
| GBG Logistics Turkey | Garanti Bank, Istanbul, Turkey | 9091118 | Operational | $2,069.18 |
| GBG Holdings | First Union Bank Hackensack, NJ | 200009728226 | Sequestered | $5,000.00 |
| GBG Holdings | Credit Bank of Iraq Baghdad, Iraq | 290 | Dormant | $145.00 |
| Al Enekaas Architectural Company for Engineering | Credit Bank of Iraq Baghdad, Iraq | 1008 | Operational | $50,013.00 |

A-2

**Philip H. Bloom - Former Business Bank Accounts**

| Account Holder | Bank | Account Number(s) | Status |
|---|---|---|---|
| GBG Logistics SRL | ABN-AMRO Bucharest, Romania | RO58ABNA4100264100064102 | Closed |
| GBG Logistics SRL | Garanti Bank Bucharest, Romania | RO98UGBI00000000000066656<br>RO73UGBI00000000000066621<br>RO23UGBI00000000000066648 | Closed<br>Closed<br>Closed |
| GBG Logistics SRL | Eurom SMB Bucharest, Romania | RO26DAFB1086086AD18EUO01 | Closed |
| GBG Accounting SRL | ABN-AMRO Bucharest, Romania | RO05ABNA4100264100130725 | Closed |
| GBG Consultants SRL | ABN-AMRO Bucharest, Romania | RO80ABNA4100264100130733 | Closed |

A-3