# EXHIBIT B

**Criminal Case No. 06-053 (CKK)**
**UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-053 (CKK) |
| ) | |
| PHILIP H. BLOOM, ) | FILED UNDER SEAL |
| ) | |
| Defendant. ) | |

## DECLARATION OF ELLIOT BLOOM

1. I, Elliot Bloom, have personal knowledge of, and am competent to testify about the matters set forth in this Declaration.

2. I am the brother of Philip H. Bloom, the defendant in this case.

3. My wife, Phyllis J. Bloom, and I are willing to post our property, which is located at 403 Silver Oak Court, Warwick, PA 18974, for the purpose of securing Philip H. Bloom's appearance bond in the above captioned matter. This property is our home, and we live there with our son, Neal Bloom.

4. This property is our primary asset and was recently valued at $350,000.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

Executed on: April 6th, 2006

_____
Elliot Bloom

1