**EXHIBIT F**

**Criminal Case No. 06-053 (CKK)**
**UNDER SEAL**



# NAI Property Partners
Commercial Real Estate Services, Worldwide.

tel 40 21 202 9014
fax 40 21 202 3131
info@propertypartners.ro
www.propertypartners.ro

WTC, Piata Montreal nr. 10
Intrarea F, Etaj 1,
Bucuresti, sector 1, România

## OPEN MARKET VALUATION OF REAL ESTATE

**1. Mandate:**     On 27.02.2006 Property Partners was
                    Instructed to inspect and value the following Real Estate:

**2. Client:**      Mr. John Gurley, Attorney at Law – Arent Fox LLP

**3. Estate:**      17 Arh. Louis Blank Street, Bucharest



PROPERTY PARTNERS Srl     Valuation: 17 Arh. Louis Blank Street, Bucharest   1

# OPEN MARKET VALUATION OF REAL ESTATE

**DETAILS**

1.0 Address & Owner

| | | |
|---|---|---|
| | 1.1 Estate | A house located at 17 Louis Blank street, sector 1, Bucharest. |
| | 1.2 Owner | Mr. Phillip-Herbert Bloom, an American citizen. |
| | | The ownership records have been provided. |
| | 1.3 Mortgages | We are not aware of any mortgages on the property. |
| | 1.4 Insurance | We have been informed that the estate is currently not insured. |
| | 1.5 Listed Building | The Estate is not registered as a historical listed building. |
| | 1.6 Occupational Capacity | The Estate is suitable for four residents (assuming family accommodation). |

2.0 Location Analysis

  2.1 Macro — The subject Estate is situated on Louis Blank street, very close to Victoriei square.

- District — This district, called "Aviatorilor" is classified as a first class neighborhood. The location is a densely populated neighborhood.

  The Estates' neighborhood contains a mix of villas, blocks of flats and old houses. The neighborhood is currently undergoing a process of renewal and many of the old houses are being renovated.

- Street — Louis Blank is a one-way asphalt street that runs into Iancu de Hunedoara Boulevard, which in turn connects to Victoriei square. Louis Blank and the surrounding streets are heavily parked during business and non-business hours.

- Public Transport. — The Estate has good access to public transportation services including several bus lines, tram and metro service. All nodes are within a four-minute walk of the Estate.

- Amenities — The Estate benefits from its close proximity to the following city facilities:

    - retail and commercial spaces
    - "Kiseleff" park
    - "Herastrau" park

- "Elias" hospital
- Casa Doina,
- Triumf
- Petrom gas station
- Tudor Vianu high school
- restaurants
- ING bank
- HVB bank

### 2.2 Micro

- **Easements** — The Estate bridges the road to the east whilst to the south, north and west the subject Estate is neighbored by constructed plots of land.

- **Environment** — The Estate is well landscaped.

- **Assessment** — The area in the immediate vicinity of the Estate can be characterized as a first class neighborhood for residential accommodation.

## 3.0 Land infrastructure

**3.1 Land area** — The land is owned by BGB Logistic Srl. We have not been provide any information about the land title, its size, dimensions nor mortgages.

We have assumed that the land would be sold together with the sale of the house.

Please note that any future buyer of the house would require the land to be included in any acquisition.

The land does not have a unique value to that of the house.

We would estimate the land size at circa 275 sqm.

**3.2 Dimension** — The Estate's land shape is a rectangle.

**3.3 Geography** — The Estate's geography is flat.

**3.4 Constructed area** — The constructed area of the estate is around 80,00 sqm.

**3.5 Planning** — The subject Estate is contained within the town valid Releveu Imobil and Building Permit from 1940's. Any further development at the site would require a Plan Urbanistic Development (P.U.D.) to establish the site coverage ratio and total sqm. of a new structure.

**3.6 Boundaries** — The Estate is secured with a 1.8m high cement and metallic fence.

**3.7 Garden** — The garden is covered with a driveway, grass and garden.

| | | |
|---|---|---|
| | 3.8 Soil and Environmental Conditions | Based on our research, there are no visible environmental, health and safety risks which could negatively affect the value of the residential property subject to this Valuation Report. |
| 4.0 | Premises description | |
| | 4.1 Use | The Estate is being constructed as a residence. |
| | 4.2 Construction | The construction is being carried in accordance with a valid building permit issued in 1940's. |
| | 4.3 Structure | The house structure is supported by concrete pillars and the floors are concrete slab. The basement of the Estate is cement block, whilst the walls of the house are brick. |
| | | We have made inquires with the Bucharest City's Department of Urbanism and at MLPAT regarding the structural integrity of the Estate's building. Neither institution has reported any structural consolidation requirements. |
| | 4.4 Roof | The premise is provided with a pitched A-frame wooden roof that has been covered with tile. The roof is also provided with aluminum rain gutters. |
| | 4.5 Windows | All windows of the Estate are thermopan and are provided with PVC joinery. |
| | 4.6 Utilities | The Estate benefits of all utilities from the Municipality. |
| | 4.7 Plant + Equipment | The Estate is heated by iron thermal radiators which are connected to a gas fired boiler. |
| | 4.8 Useable Area | The useable areas are distributed over three levels: Subbasement, Ground Floor and First Floor. |

The following useable areas have been estimated using the floor plans:

Subbasement: 68,94 sqm

- Hall/staircase: 7,74 sqm
- Toilet: 1,83 sqm
- Bedroom: 12,56 + 8,19 sqm
- Hall: 4,57 sqm
- Garage/Storage: 18,63 sqm
- Laundry: 8,70 sqm
- Hall: 2,56 sqm
- Staircase: 4,16 sqm
- Balcony: 1,00 sqm

Ground Floor: 65,60 sqm

PROPERTY PARTNERS Srl       Valuation:  17 Arh. Louis Blank Street, Bucharest   4

- Living room/kitchen: 56,69 sqm
- Vestibule: 8,91 sqm

Mansard: 72,82 sqm

- Hall: 7,22 sqm
- Bedroom: 19,56 sqm
- Office room: 26,96 sqm
- Technical: 1,29 sqm
- Sauna: 1,39 sqm
- Shower: 1,98 sqm
- Bathroom: 14,42 sqm
- Balcony: 5,62 sqm

Total useable area: 207,36 sqm
Total constructed area: 255,45 sqm

The Subbasement offers 68,94 sqm of useable accommodation.

The Hall/staircase is 7,74 sqm. The floor is covered with tile.

The Toilet is 1,83 sqm. All fittings and sanitary equipments are of a high quality. The floor is covered with tile.

The Bedroom is 20,75 sqm. The floor is covered with parquet. It is provided with two double windows.

The Garage/Storage space is 18,63 sqm. The floor is tile.

The Laundry room is 8,70 sqm. The floor is covered with tile.

The Ground Floor offers 65,60 sqm of useable accommodation.

The Living room/kitchen space 56,69 sqm. The floor is covered with parquet. It enjoys good natural light as it is provided with multiple windows. All kitchen's fittings and sanitary equipments are of a high quality. The floor is covered with marble.

The Vestibule is 8,91 sqm. The floor is covered with parquet.

The Mansard offers 72,82 sqm of useable area.

The Hall is 7,22 sqm. The floor is covered with parquet.

The Bedroom is 19,56 sqm. It has one double window. The floor is covered with parquet.

The Office room is 26,96 sqm. It has one double window. The floor is parquet.

The Sauna is 1,39 sqm. The floor is tile.

The Bathroom is 14,42 sqm. All fittings and sanitary equipments are of a high quality. The floor is covered with marble.

5.0   Condition and repair

- Improvements

On the date of inspection, it was noted that the Estate was in an excellent overall condition.

During our visual inspection of the building we have not noticed any structural or mechanical defaults to the buildings.

We are the professional opinion that the Estate is in a marketable condition and capable of being sold in a timely fashion.

**VALUATION**

| | |
|---|---|
| 1. Method | We have elected to undertake two separate valuation approaches – the comparison approach and income approach in order to establish the open market value of the Estate. |
| 2. Comparison Approach | Our research demonstrate that the following market comparables apply to the estate and premises considering its location, size, construction and amenities: |

- House rental prices range between net EUR 5200/mo. and EUR 5500/mo.
- House sales prices range between net EUR 800.000 and EUR 830.000 (as is).

Estimated Market Value:

= EUR 820.000

3. Income Approach

We believe that the stabilized rental value of the premises to be net E 5.500/mo.

208 Sqm @ EUR 5.500/mo.     = E 66.000 /yr.

Capital Value at 8.5%        = E 825.000

Total Value (Income Approach):

= EUR 825.000

We have not made any provisions for vacancy nor taxation.

4. Conclusion

We have assessed the total value of the Estate at between net EUR 820.000 and net EUR 825.000 based upon an income approach and comparison approach respectively.

We believe that the value of the estate will remain stable in the coming years as the Aviatorilor area neighborhood is considered to be prime residential.

The value assumes that the land is sold together with the house.

5. Open market value

Open Market Value (OMV) – means the best price at which the sale of an interest in the estate might reasonably be expected to have been completed unconditionally for cash consideration

on the date of valuation, assuming:

a)     a willing seller;

b)     that, prior to the date of valuation, there had been a reasonable period (having regard to the nature of the estate and the state of the market) for the proper marketing of the interest, for the agreement of price and terms and for the completion of the sale;

c)     that the state of the market, level of value and other circumstances were, on any earlier assumed date of exchange of contracts, the same as on the date of valuation; and

d)     That no account is taken of any additional
Bid by a purchaser with a special interest

We are of the opinion that the current open market value of the freehold interest in the estate, exclusive of acquisitions costs, is at or about:

**Eight Hundred Twenty Thousand Euro**