## **CERTIFICATE OF SERVICE**

I, John N. Nassikas III, Esquire, hereby certify that on this 7th day of April, 2006, I caused to be served by hand delivery a copy of Mr. Bloom's Motion to File Under Seal, Request for a Detention Hearing and Motion To Impose Conditions Of Release, Memorandum of Points and Authorities in Support of the Motion to Impose Conditions of Release, proposed Orders, and this Certificate of Service upon:

> James Crowell, Esquire
> Public Integrity Section
> U.S. Department of Justice
> 1400 New York Avenue, N.W.
> 12th Floor
> Washington, D.C. 20005

John N. Nassikas III, Esquire