UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 06-053 (CKK) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| PHILIP H. BLOOM, | ) | |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**THIS MATTER** having been brought before the Court on motion of Defendant Philip H. Bloom for the entry of an order granting Mr. Bloom's Motion to Impose Conditions of Release, and the Court having considered the motion;

**IT IS ORDERED** that Defendant Philip H. Bloom's Motion to Impose Conditions of Release be granted and that Defendant Philip H. Bloom be released from custody on the satisfaction and continuing satisfaction of the following conditions:

1. Mr. Bloom will obtain, live in, and be subject to home detention in an apartment in Washington, D.C.

2. Mr. Bloom will be subject to electronic monitoring.

3. Mr. Bloom's brother, Elliot Bloom, and sister-in-law, Phyllis J. Bloom, will post their home located at 403 Silver Oak Court, Warwick, PA 18974 to secure Mr. Bloom's appearance at future court proceedings.

4. Mr. Bloom's son, Christopher Bloom, will execute an agreement to forfeit his cash assets and personal property in the event that Mr. Bloom fails to appear for a future court proceeding.

5. Mr. Bloom will execute an agreement to forfeit his home located at 17 Arch Louis Blanc, Bucharest 1, Romania, in the event that he fails to appear for a future court proceeding.

6. Mr. Bloom will report _____ by telephone to the U.S. Probation Office.

7. Mr. Bloom will be available to government prosecutors and investigators for debriefings and meetings, 24 hours a day, 7 days a week.

8. Mr. Bloom will be restricted in travel and may only travel outside of his electronic monitoring radius with prior approval from the Department of Justice or the Court.

9. The _____ will retain possession of Mr. Bloom's passports.

10. Mr. Bloom will execute waivers of extradition rights under the extradition treaties of _____.

**SO ORDERED** on this ___ day of _____, 2006.

_____
Honorable Colleen Kollar-Kotelly