~~SEALED~~ unsealed

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-053-CKK |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP H. BLOOM., | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
APR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO UNSEAL INFORMATION, PLEA AGREEMENT, FACTUAL BASIS, PLEA HEARING, AND RELATED PROCEEDINGS

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Information, Plea Agreement, Factual Basis, and plea hearing in this case.

The government represents that it can now continue its criminal prosecution without substantial risk that its investigation would be jeopardized due to the public docketing of this case.

WHEREFORE, it is respectfully requested that this motion be granted.

DATED: April 17, 2006.

ANDREW LOURIE
Acting Chief, Public Integrity Section

By: _____
James A. Crowell IV
Ann C. Brickley
Trial Attorneys
Public Integrity Section

Mark J. Yost
Patrick Murphy
Trial Attorneys
Asset Forfeiture and Money Laundering Section

U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20005
James.crowell@usdoj.gov
Ann.Brickley@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 17th day of April, 2006, I caused to be served by regular mail a copy of the foregoing filing:

John N. Nassikas, Esq.
Arent Fox
1050 Connecticut Ave., NW
Washington, DC 200036
(202) 857-6014

Robert A. Mintz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street,
Newark, NJ 07102-4056
(973) 622-4444

JAMES A. CROWELL IV
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW,
Suite 12100
Washington, DC 20005
(202) 514-1412
james.crowell@usdoj.gov