IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-053-CKK |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP H. BLOOM., | ) | |
| | ) | |
| Defendant. | ) | |

~~SEALED~~ unsealed

**FILED**
APR 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER *unopposed*

Upon consideration, the United States' Motion to Unseal is hereby GRANTED, and it is hereby

ORDERED that the previously sealed Information, Plea Proceeding, and all related proceedings and filings in this matter are hereby UNSEALED, and

ORDERED that the Criminal Clerk's office shall enter on the public docket the previously sealed filings in this case.

*Further Ordered, that the entire Case is unsealed.*

April 18, 2006

_____
UNITED STATES DISTRICT JUDGE

cc:   James A. Crowell IV
      Ann C. Brickley
      Trial Attorneys
      U.S. Department of Justice
      Criminal Division
      Public Integrity Section
      1400 New York Ave., NW, 12th Floor
      Washington, DC 20005
      (202) 514-1412
      james.crowell@usdoj.gov
      Ann.brickley@usdoj.gov

      Mark Yost
      Patrick Murphy
      Trial Attorneys
      U.S. Department of Justice
      Criminal Division
      Asset Forfeiture and Money Laundering Section
      1400 New York Ave., NW, 2nd Floor
      Washington, DC 20005
      mark.yost@usdoj.gov
      Patrick.murphy@usdoj.gov

      John N. Nassikas, Esq.
      Arent Fox
      1050 Connecticut Ave., NW
      Washington, DC 200036
      (202) 857-6014

      Robert A. Mintz, Esq.
      McCarter & English, LLP
      Four Gateway Center
      100 Mulberry Street,
      Newark, NJ 07102-4056
      (973) 622-4444