UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-053 (CKK)** |
| | ) | |
| **PHILIP H. BLOOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT PHILIP BLOOM'S NOTICE OF FILING OF EXHIBIT A
TO HIS REPLY MEMORANDUM IN SUPPORT OF CONDITIONAL RELEASE**

Defendant Philip Bloom submits this Notice of Filing of Exhibit A to his Reply Memorandum in Support of his Motion to Impose Conditional Release as filed on April 21, 2006. The attached Exhibit A inadvertently was not attached to the Reply Memorandum.

Respectfully submitted,

    /s/  John N. Nassikas III
John N. Nassikas III  (Bar No. 387167)
John Gurley  (Bar No. 396894)
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington, DC 20036-5339
(202) 857-6000 (Telephone)
(202) 857-6395 (Fax)

Dated: April 21, 2006