**EXHIBIT A**

to

**Defendant Philip Bloom's Reply Memorandum
in Support of his Motion to Impose Conditional Release**

**Criminal Case No. 06-053 (CKK)**

ÎN ATENȚIA TITULARULUI
LEGITIMAȚIEI DE ȘEDERE
TEMPORARĂ

Străinul este obligat să cunoască și să respecte legea privind regimul străinilor în România.

Acest act dovedește identitatea și nu poate fi reținut decât de organele D.G.P.S.P.F.* sau organele de urmărire penală.

Prezenta legitimație nu poate fi folosită decât de titular, care este obligat să o păstreze asupra sa.

Pierderea, distrugerea sau deteriorarea acestei legitimații trebuie anunțată organelor D.G.P.S.P.F.*, iar furtul la organele de poliție.

Mențiuni în acest document nu pot fi efectuate decât de organele D.G.P.S.P.F.*.

Prelungirea legitimației se efectuează odată cu prelungirea dreptului de ședere.

Nerespectarea acestor obligații se sancționează conform normelor legale în vigoare.

* DIRECȚIA GENERALĂ DE PAȘAPOARTE, STRĂINI ȘI A POLIȚIEI DE FRONTIERĂ

Seria H Nr. 37584



A-68-156

(semnătura posesorului)

Eliberat la data de 02.10.97
Valabil până la 02.04.98
Organul emitent S.I.S.P.M Bucarest
L.S.
Șeful organului

Seria H Nr. 37584

-1-

BLOOM 42872

| | |
|---|---|
| Numele și prenumele PHILIP HERBERT BLOOM | Reședința din România București Av. Iancu Toscu NR 24 ap 2 Sector 1 |
| Prenumele părinților JULIUS - ROSE | Scopul șederii SEF REPREZENTANTA |
| Data și locul nașterii 20.11.1937 S.U.A | Venit la GLOBAL BUSINESS GROUP LTD |
| Starea civilă | |
| Cetățenia S.U.A | cu sediul (domiciliul) in București |
| Pașaport Seria Nr. Z7700417 | Bd D Golescu NR 38 Sector 1 |
| Țara de domiciliu S.U.A | |
| Seria H Nr. 37584 | Seria H Nr. 37584 |
| -2- | -3- |

BLOOM 42871

| PERSOANELE INSCRISE IN LEGITIMATIE | | | | | |
|---|---|---|---|---|---|
| Numele și prenumele | Anul nașterii | Calitatea față de titular | În baza căror acte a fost înscrisă | | |
| | | | | | |
| | | | | | |
| | | | | | |

Seria H Nr. 🟊 - 37584

— 4 —

### PRELUNGIREA VALABILITĂȚII

Prelungit valabilitatea până la 07.01.20__

Data prelungirii: 07.01.2000.

Prelungit valabilitatea până la 11.01.2002

Data prelungirii: 12.01.2001

Prelungit valabilitatea până la 25.01.2007

Data prelungirii: 25.01.2002

Seria H Nr. 🟊 - 37584

— 5 —

BLOOM 42870

MENȚIUNI ALE ORGANELOR
DIRECȚIEI GENERALE
DE PAȘAPOARTE, STRĂINI ȘI A
POLIȚIEI DE FRONTIERĂ (D.G.P.S.P.F.)

REȘEDINȚA

str. Louis Blank
nr. 17 sect. 1

12.01.2001

Seria H Nr. ❀ 37584

— 8 —

MENȚIUNI ALE ORGANELOR
DIRECȚIEI GENERALE
DE PAȘAPOARTE, STRĂINI ȘI A
POLIȚIEI DE FRONTIERĂ (D.G.P.S.P.F.)

Seria H Nr. ❀ 37584

— 9 —

BLOOM 42869

*TEMPORARY RESIDENCE PERMIT*
*TRANSLATION FROM ROMANIAN*

| To The Attention Of The Holder Of The<br><br>**TEMPORARY RESIDENCE PERMIT** | |
|---|---|
| Foreigners are required to know and respect the law regarding the status of foreign persons in Romania.<br><br>This is an identification document and it cannot be retained by any person except for the officials of DGPSPF* or the criminal authorities.<br><br>This permit may not be used by any other person except its rightful holder, who must carry it at all times.<br><br>Any loss, destruction or damage to this permit must be reported to the officials of DGPSPF and its theft must be reported to the police authorities.<br><br>Any comments in this documents may be done only by the officials of DGPSPF.<br><br>This permit may be extended at the same time with the extension of the residence.<br><br>Violation of these obligations will be penalized in accordance with the laws in force. | **PHOTOGRAPH**<br><br><br>_____<br>Bearer's Signature<br><br>Date of Issuance: 10/2/1997<br><br>Expiration Date: 4/2/1998<br><br>Issuing Authority: SISPM Bucharest<br><br>Signature and Stamp of Issuer: |
| (*) DGPSPF *stands for* General Direction for Passports, Foreigners and Border Police<br><br>Series __H_ Number __37584_____ | Series __H_ Number __37584_____ |

## TEMPORARY RESIDENCE PERMIT
## TRANSLATION FROM ROMANIAN

| | |
|---|---|
| First and Last Name: Philip Herbert Bloom<br><br>First Name of Parents: Julius - Rose<br><br>Date and Place of Birth: 11/20/1939<br><br>Civil Status (Married/Single):<br><br>Citizenship: USA<br><br>Passport - Series: ___ No: Z-7700417<br><br>Country of Domicile: USA<br><br><br>Series __H_ Number ___37584_____ | Residence in Romania: Av. Sanatescu, No. 24, Apt. 2, Sector 1<br><br>Purpose of Stay in Romania:<br>Head of Representative Office<br><br><br>Sponsored By: GLOBAL BUSINESS GROUP Ltd.<br><br>With Offices at: Bucharest. Str. Dinicu Golescu, No. 38, Sector 1<br><br>Series __H_ Number ___37584_____ |

## *TEMPORARY RESIDENCE PERMIT*
## *TRANSLATION FROM ROMANIAN*

| INDIVIDUALS INCLUDED ON THIS PERMIT | | | | RENEWAL |
|---|---|---|---|---|
| First and Last Name | Date of Birth | Relationship to the Permit Holder | Inclusion on the Permit based on the following documents: | Validity is Extended Until: 1/7/2001 <br><br> Date of Extension: 1/7/2000 <br><br> [Stamp] [Signature] |
| | | | | Validity is Extended Until: 1/11/2002 <br><br> Date of Extension: 1/12/2001 <br><br> [Stamp and Signature] |
| | | | | Validity is Extended Until: 24/5/2007 <br><br> Date of Extension: 24/5/2002 <br><br> [Stamp] [Signature] |
| Series __H__ Number __37584__ | | | | Series __H__ Number __37584__ |

*TEMPORARY RESIDENCE PERMIT*
*TRANSLATION FROM ROMANIAN*

| Comments of the<br>General Direction for Passports, Foreigners<br>and Border Police | Comments of the<br>General Direction for Passports, Foreigners<br>and Border Police |
|---|---|
| Residence:<br>Str. Louis Blank<br>No. 17, Sector 1<br><br>1/12/2001<br>[Stamp and signature]<br><br><br>Series __H_ Number __37584_____ | <br><br><br><br><br><br><br><br>Series __H_ Number __37584_____ |