UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 06-053 (CKK) |
| | ) | |
| **PHILIP H. BLOOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT PHILIP BLOOM'S MOTION TO SEAL
CONFIDENTIAL FINANCIAL AND PERSONAL INFORMATION**

On April 7, 2006, Defendant Philip Bloom filed a Motion to Impose Conditions of Release (the "Conditional Release Motion"). The Conditional Release Motion was filed under seal pursuant to this Court's Order dated February 27, 2006. Mr. Bloom attached three Exhibits – Exhibits A, B, and F – detailing confidential financial and personal information of Mr. Bloom, his companies, and his family members. Pursuant to this Court's Order of April 18, 2006, these documents have been unsealed and are now part of the public record.

Because these documents include detailed confidential financial and personal information, Mr. Bloom moves this Court for an order sealing Exhibits A, B, and F to his Conditional Release Motion. He further requests that the Court seal any future documents submitted to this Court that contain, as jointly agreed by the parties, confidential financial and personal information. The government is aware of this Motion and does not oppose it.

Respectfully submitted,

  /s/  John N. Nassikas III
John N. Nassikas III  (Bar No. 387167)
John Gurley  (Bar No. 396894)
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington, DC 20036-5339
(202) 857-6000 (Telephone)
(202) 857-6395 (Fax)

Dated: April 21, 2006