UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 06-053 (CKK) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **PHILIP H. BLOOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** having been brought before the Court on motion of Defendant Philip H. Bloom for the entry of an order sealing confidential financial and personal information, and the Court having considered the motion;

**IT IS ORDERED** that Exhibits A, B, and F of Defendant Philip H. Bloom's Motion to Impose Conditions of Release shall be filed under seal in the Criminal Clerk's office.

**IT IS FURTHER ORDERED** that any future documents submitted by the parties that contain, as jointly agreed by the parties, confidential financial or personal information will be filed under seal.

**SO ORDERED** on this ___ day of _____, 2006**.**

_____
Honorable Colleen Kollar-Kotelly