IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 06-053 (CKK) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PHILIP H. BLOOM., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR
<u>DEFENDANT PHILIP H. BLOOM</u>**

The undersigned respectfully moves this Court to withdraw the *pro hac vice* appearances of Robert A. Mintz and Geoffrey N. Rosamond, attorneys at McCarter & English, LLP ("M&E"), in the above-entitled action on behalf of defendant Philip H. Bloom. In support of this motion, we submit to the Court that defendant Philip H. Bloom has notified M&E that legal services are no longer required from M&E. Defendant Philip H. Bloom continues to be represented by other counsel, Arent Fox, PLLC, who have appeared and been lead counsel in these matters for the past several months. Accordingly, the withdrawal of Mr. Mintz and Mr. Rosamond as counsel will not unduly delay this case or be unfairly prejudicial to any party.

Pursuant to Local Criminal Rule 44.5(d), the undersigned shall serve this Motion to Withdraw as Counsel personally upon defendant Philip H. Bloom.

2

For the foregoing reasons, we respectfully request that this Court grant the Motion to Withdraw as Counsel. A proposed Order is attached.

        Respectfully submitted,

        /s/ Robert A. Mintz
        Robert A. Mintz (RAM 9927)
        Geoffrey N. Rosamond (GNR 2720)
        MCCARTER & ENGLISH, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102
        (973) 622-4444


        /s/ John N. Nassikas III
        John N. Nassikas III (Bar No. 387167)
        ARENT FOX PLLC
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5339
        (202) 857-6000