## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 06-053 (CKK) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| PHILIP H. BLOOM., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having been brought before the Court on motion of McCarter & English, LLP for the entry of an Order seeking to withdraw the *pro hac vice* appearances of Robert A. Mintz and Geoffrey N. Rosamond, attorneys at McCarter & English, LLP, in the above-entitled action on behalf of defendant Philip H. Bloom, and the Court having considered the motion;

**IT IS ORDERED** that motion of McCarter & English, LLP seeking to withdraw the *pro hac vice* appearances of Robert A. Mintz and Geoffrey N. Rosamond, attorneys at McCarter & English, LLP, in the above-entitled action on behalf of defendant Philip H. Bloom be and is hereby GRANTED.

**SO ORDERED** on this _____ day of _____, 2006

_____
Honorable Colleen Kollar-Kotelly