UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>PHILIP H. BLOOM,<br><br>    Defendant. | Criminal No.  06–53 (CKK) |

**ORDER**
(May 6, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 6th day of May, 2006, hereby

ORDERED that [37] Defendant Philip H. Bloom's Request for a Detention Hearing and Motion to Impose Conditions of Release is DENIED.

  /s/  
COLLEEN KOLLAR-KOTELLY
United States District Judge