**EXHIBIT A**

Criminal Case No. 06-053 (CKK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-   S1 05 Crim. 0888 (LAK)

JEFFREY STEIN, et al.,

    Defendants.
------------------------------------------------x

**ORDER**

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/8/06*

LEWIS A. KAPLAN, *District Judge.*

    For reasons stated on the record in open court, the renewed motion of defendant Greenberg for an order admitting him to bail is granted to the extent that the defendant shall be released on bail upon the satisfaction and continuing satisfaction of the following conditions:

    1.    The posting of a personal recognizance bond in the amount of $25 million signed by himself and co-signed, so as to make each of them jointly and severally liable in the event of default, by or on behalf of the following persons and entities:

        Laura Adams Greenberg
        Harry Greenberg
        Jonathan Greenberg
        The guardians of the property of each of defendant's minor children with the approval, if required by law, of the relevant court
        Defendant's child who has reached the age of majority
        Jane Holtel
        Kim Prickett
        David Prickett
        Lisa Turner
        The trustee or, if there is more than one trustee, all of the trustees of the David B Greenberg 2004 Family Trust
        ERN Finance Co. Ltd.
        JPF V, LLC
        JPF VI, LLC
        FP IV
        KMS Holdings LLC

    2.    The bond shall be secured by the following property:

        A.    All of the right, title and interest of all members in

2

   Laura Adams LLC
   JPF V, LLC
   JPF VI, LLC
   KMS Holdings LLC

   and all of the shares held by all shareholders in ERN Finance Co. Ltd.

B. All of defendant's right, title and interest in

  i. Goddard LLP Trust Account, which shall amount to at least $250,000
  ii. Adquisiciones Delray Beach
  iii. 2059 Meridian, Unit 41, Mammoth Lakes, CA
  iv. JPF V, LLC
  v. JPF VI, LLC
  vi. GG Capital
  vii. FP IV
  viii. KMS Holdings LLC

C. All of the right, title and interest of the following persons in the following assets:

  i. JPF VI, LLC in Deutsche Bank Alex. Brown acct no 5XL-424150, which shall amount to at least $540,000

  ii. JPF V, LLC in OBP Investors LLC, Buchannan Fund I, LLC, Cerritos Investors, L.P., and Sprout Partnership

  iii. David B Greenberg 2004 Trust in 511 S Ocean Blvd, Delray Beach, FL

  iv. ERN Finance Co. Ltd. and or David B Greenberg, as their interests may appear, in 4909 Seashore Drive, Newport Beach, CA

  v. Harry Greenberg in 2 Greenleaf #12, Irvine, CA

  vi. Laura Adams LLC in:

    (a) its account at Deutsche Bank, which shall amount to at least $675,000
    (b) 4621 Gorham Drive, Corona Del Mar, CA
    (c) 3911 Seashore Drive, Newport Beach, CA
    (d) 29 Willowbrook, Irvine, CA
    (e) 2001 Mercedes S500 automobile

3

      (f)    2002 Cadillac Escalade automobile
      (g)    its account at Union Bank of California #0631269586

vii.    Kim and David Prickett in

      (a)    2074 Port Bristol Circle, Newport Beach, CA
      (b)    361 Ogle Street, Costa Mesa, CA
      (c)    109 37th Street, Newport Beach, CA

viii.    Lisa Turner in 4 Beechwood, Irvine, CA

ix.    Jonathan Greenberg in 5260 Via Ester, Yorba Linda, CA

x.    Defendant and ERN Finance Co. Ltd., as their interests may appear, in 4909 Seashore Drive, Newport Beach, CA

3. Defendant and each of the co-signers shall execute such documents as the government reasonably may require in order to effectuate the foregoing.

4. The equity value of the real estate securing the bond shall equal at least $20 million.

5. The defendant shall surrender all travel documents and shall not seek or obtain additional travel documents.

6. The defendant shall obtain a residence in New York County and shall remain in that residence at all times except to appear in court in this case and as otherwise permitted by prior written approval of Pretrial Services.

7. The defendant shall not leave New York County.

8. The defendant shall be subject to electronic monitoring and shall comply with all electronic monitoring protocols and directions as may be given by Pretrial Services. He shall be subject to routine pretrial supervision.

SO ORDERED.

Dated: March 8, 2006

                                                  Lewis A. Kaplan
                                                United States District Judge