Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 06-053 (CKK)
)
Philip H. Bloom )

## NOTICE OF APPEAL

Name and address of appellant:   Philip H. Bloom
Correctional Treatment Facility
1901 E Street SE
Washington, DC 20003

Name and address of appellant's attorney:   John N. Nassikas III
Arent Fox PLLC
1050 Connecticut Ave NW
Washington, DC 20036

Offense: 18 U.S.C. § 371; 18 U.S.C. § 201; 18 U.S.C. § 1956(h).

Concise statement of judgment or order, giving date, and any sentence:

Order, accompanied by Memorandum Opinion, dated May 6, 2006, denying Defendant Philip H. Bloom's Request for a Detention Hearing and Motion to Impose Conditions of Release.

Name and institution where now confined, if not on bail:   Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/19/06
DATE

Philip H. Bloom
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?   YES ☐   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☐