UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr0053 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **PHILIP BLOOM,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, Andrew Lourie, Acting Chief of the Criminal Division's Public Integrity Section, and Trial Attorney Ann C. Brickley, hereby inform the Court that Ms. Brickley is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

ANDREW LOURIE
Acting Chief, Public Integrity Section


___/s/_____
Ann C. Brickley
Trial Attorney
Criminal Division, Public Integrity Section
United States Department of Justice
1400 New York Ave., NW
Suite 12100
(O) 202-514-1412
(F) 202-514-3003
ann.brickley@usdoj.gov