UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>PHILIP H. BLOOM,<br><br>　Defendant. | Criminal No. 06–53 (CKK) |

**ORDER**
(June 4, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 4th day of June, 2006, hereby

ORDERED that [48] Defendant Philip Bloom's Motion to Reconsider Defendant's Previous Motion to Impose Conditions of Release is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge