# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3079**              **September Term, 2005**

06cr00053-01

Filed On:

United States of America,
    Appellee

v.

Philip H. Bloom,
    Appellant

**FILED JUN 3 0 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 2 6 2006
CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:      /s/
                        Nancy G. Dunn
                        Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk