UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | CRIMINAL NO. 06-053 |
| : | Judge Colleen Kollar-Kotelly |
| vs. : | |
| : | |
| PHILIP H. BLOOM : | |
| : | |
| Defendant : | |

### ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for __PHILIP H. BLOOM__, by no later than __December 20, 2006__; and it is

FURTHER ORDERED that the Government shall file Memorandum in Aid of Sentencing, by no later than __January 12, 2007__; and it is

FURTHER ORDERED that the Defendant shall file Memorandum in Aid of Sentencing, by no later than __January 26, 2007__; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on __February 9, 2007 A.M.__

IT IS SO ORDERED,

Date: __Sept. 13, 2006__   _____
Colleen Kollar-Kotelly
United States District Judge

cc: Chambers     James Crowell, Ann Brickley, Patrick Murphy, AUSAs
    File         John Gurley, Esq., John Nassikas, III, Esq., Tim Kane, Esq.
    Pretrial     Probation