UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-053 (CKK)** |
| | ) | |
| **PHILIP H. BLOOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO CONTINUE SENTENCING

Defendant Philip Bloom, by counsel, respectfully requests that this Court reschedule his sentencing date.

Sentencing is currently scheduled for Friday, February 9, 2007, but counsel for Mr. Bloom has been invited to speak at an out-of-town American Bar Association conference on that date. Counsel for Mr. Bloom has consulted with the government, and the government consents to this request. The parties are available to reschedule Mr. Bloom's sentencing for Friday, February 16, 2007, or for another date that the Court orders.

Respectfully submitted,

___/s/  John N. Nassikas III_____
John N. Nassikas III  (Bar No. 387167)
John Gurley  (Bar No. 396894)
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington, DC 20036-5339
(202) 857-6000 (Telephone)
(202) 857-6395 (Fax)

Dated:    October 9, 2006