IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-CR-0053 (CKK) |
| | ) | |
| PHILIP BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its undersigned counsel, hereby informs the court that Patrick T. Murphy is entering his appearance in this matter as additional counsel on behalf of the United States.

                                        Respectfully Submitted,

                                        EDWARD C. NUCCI
                                        Acting Chief, Public Integrity Section

By: _____/S/_____
            Patrick T. Murphy
            Trial Attorney
            U.S. Department of Justice
            Criminal Division
            Asset Forfeiture and
             Money Laundering Section
            1400 New York Ave., NW
            Washington, DC 20005
            (202) 514-1263
            Patrick.murphy@usdoj.gov

DATED:     February 9, 2007