HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** <u>06-CR-053</u> |
| | : | |
| **vs.** | : | **SSN:** _____ |
| | : | |
| **BLOOM, Phillip** | : | **Disclosure Date:** <u>November 28, 2006</u> |

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____ 11/22/06
**Prosecuting Attorney**                                                        **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( ✓ )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 12/12/06                    _____ 12/12/06
**Defendant**         **Date**                    **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 12, 2006**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Gennine A. Hagar, Acting Chief
United States Probation Officer



ATTORNEYS AT LAW

December 12, 2006

**John N. Nassikas III**
202.857.6014 DIRECT
202.857.6395 FAX
nassikas.john@arentfox.com

BY EMAIL AND FEDERAL EXPRESS

# FILED

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Kelli Griffin Cave
United States Probation Office
333 Constitution Avenue, NW
Suite 2800
Washington, DC 20001

Re:    Philip H. Bloom, No. 06-CR-053

Dear Ms. Cave:

Thank you for making available to us a copy of your draft presentence report ("PSR") for Mr. Bloom. After reviewing the draft report, we have the following objections and request that you make the following changes. For your convenience, we have listed our objections and responses in the order in which they appear in the PSR and by paragraph number.

**Related Cases (Page 1)**

In addition to the two cases indicated in the PSR, Mr. Bloom believes that related cases have been brought by the government against other defendants. Mr. Bloom requests that you obtain from the Department of Justice and include in the PSR a complete list of the related cases.

**Identifying Data (Page 2)**

Please update Mr. Bloom's age. He is now 67 years old.

**The Offense (Page 3, Paragraph 3)**

The draft PSR incorrectly states that Mr. Bloom pled guilty on September 7, 2006. Mr. Bloom pled guilty on March 10, 2006.

**The Offense (Page 3, Paragraph 4)**

Consistent with the comment on page 14, paragraph 76, please add a comment to this paragraph reflecting that the plea agreement includes a provision allowing Mr. Bloom to request offsets of the restitution amount based on amounts paid or agreed to be paid by other defendants.

Ms. Kelli Griffin Cave
December 12, 2006
Page 2



**Victim Impact (Page 5, Paragraph 13)**

The PSR incorrectly states that the parties stipulated to a loss of $3.6 million incurred by the Republic of Iraq. Page 5 of the Plea Agreement reflects that the parties stipulated to a loss of between $1 million and $2.5 million. Mr. Bloom requests that this paragraph be revised accordingly. (The $3.6 million figure indicated on page 18 of the Plea Agreement includes both the proceeds of count 1 and property involved in count 3).

**Adult Criminal Conviction(s) (Page 6, Paragraph 27)**

Mr. Bloom requests that the PSR include the following in the description of this prior conviction:

The sentence for Mr. Bloom's Morris County case was vacated pursuant to an order dated September 6, 1991 and filed on September 11, 1991. At that time, Mr. Bloom was re-sentenced to participate in the Intensive Supervision Program in lieu of incarceration.

**Adult Criminal Conviction(s) (Page 7, Paragraph 28)**

Mr. Bloom also requests that you add the following to the description of this prior conviction:

The sentence for Mr. Bloom's Somerset County case was vacated pursuant to the order dated September 6, 1991 and filed on September 11, 1991. At that time, Mr. Bloom was re-sentenced to participate in the Intensive Supervision Program in lieu of incarceration.

The draft PSR's description of this crime indicates that Mr. Bloom issued bad checks totaling $243,750 to various institutions and that all the checks were returned as worthless. As reflected in the Judgment of Conviction and other court records, the amount of loss incurred by the victims in this crime was only $66,243.40 – $46,950.80 by Somerset Trust Company and $19,292.60 by Midlantic National Bank. Mr. Bloom requests that you revise the description of this conviction to so indicate.

**Criminal History Computation (Page 7, Paragraphs 29 & 30)**

We understand that you agree that the draft PSR incorrectly treats Mr. Bloom's two prior convictions and sentences as unrelated cases and thus combines the 3-point value of each sentence for a total criminal history score of 6, which would establish a criminal history category of III. The records of Mr. Bloom's prior criminal history reveal that his 1991 convictions and sentences in New Jersey in fact derived from a "common scheme or plan" and therefore must be treated as related cases under Application Note 3 to § 4A1.2 of the guidelines. As related cases, Mr. Bloom's total criminal history score is 3, which establishes a criminal history category of II.

Ms. Kelli Griffin Cave
December 12, 2006
Page 3

**Personal and Family Data (Page 8, Paragraph 32)**

There appears to be a word missing from the second sentence of this paragraph. The sentence should read, "The same year, the defendant..."

**Personal and Family Data (Page 8, Paragraphs 34 & 35)**

The correct spelling of the name of Mr. Bloom's fiancée is "Anda Macarescu."

**Personal and Family Data (Page 8, Paragraph 36)**

We have included with this letter legible copies of the illegible letters previously provided to you. Please revise this paragraph accordingly.

**Educational and Vocational Skills (Page 9, Paragraph 41)**

We are seeking additional records to demonstrate that Mr. Bloom received his degree from Farleigh Dickinson University.

**Employment Record (Page 9, Paragraph 44)**

Please indicate that Mr. Bloom served in the Peace Corps in the Philippines. Please also revise the last sentence of the paragraph to reflect that Mr. Bloom returned to the United States and enrolled in graduate school – not college.

**Financial Condition (Page 10, Paragraph 50)**

Please revise the parenthetical regarding the Bank Hofmann checking account to indicate that the account has been sequestered by Swiss authorities – not Romanian authorities.

Please revise the "Unencumbered Assets" section to indicate that all of Phil's personal property, including his house and his car, are currently under sequester by the Romanian authorities.

**Guideline Provisions (Page 12, Paragraph 58)**

As discussed above, the applicable Criminal History Category should be II. Based on a total offense level of 27 and a criminal history category of II, the advisory guideline range for imprisonment is from 78 months to 97 months.

**Guideline Provisions (Page 13, Paragraph 63)**

Because the sentencing guidelines are advisory and not mandatory, Mr. Bloom requests that the second sentence of Paragraph 63 be changed to read: "Supervised release is advised by the guidelines if the Court imposes a term of imprisonment of more than one year."

Ms. Kelli Griffin Cave
December 12, 2006
Page 4

**Guideline Provisions (Page 13, Paragraph 66)**

Because the sentencing guidelines are advisory and not mandatory, Mr. Bloom requests that Paragraph 66 be changed to read as follows: "Because the applicable guideline range is in Zone D of the Sentencing Table, the guidelines do not advise a probationary sentence."

**Fines (Page 14, Paragraph 73)**

Mr. Bloom will pay the $300 special assessment this week, and we will provide you with a receipt of payment. Please update the final PSR accordingly.

We appreciate the time you have spent preparing Mr. Bloom's PSR and look forward to working with you as his sentencing approaches.

Sincerely,

John N. Nassikas III

cc:     AUSA James Crowell, Esq.
        AUSA Ann Brickley, Esq.
        Tim Kane, Esq.
        John Gurley, Esq.



THE WHITE HOUSE

WASHINGTON

Dear Mr. Nixon:

You will soon complete your first year
of service in the Peace Corps.

As home and abroad the Peace Corps has
been recognized as a genuine and constructive
expression of the highest ideals and the
best traditions of our people, you and
your fellow Volunteers have made that
judgment possible.

I am proud of your accomplishments, and I
hope that in future decades your own service
your example and perseverance will continue
to gather credit upon you and the Peace
Corps.

Sincerely,

John F. Kennedy

Aug '02

Dear Philip,

For all the fine efforts you are making for Romania i.e. the little league baseball club advice to the Government and your new friendship with us, we thought at Easter you should be installed as a "Honorary Romanian Athlete".

Have a relaxing and fun weekend.

Sincerely,
One of Romania



## CLUBUL SPORTIV **DINAMO** BUCUREȘTI

**SOSEAUA ȘTEFAN CEL MARE Nr. 9**
SECȚIA ORGANIZARE, TELEFON: 210 5250    SECRETARIAT, TELEFON: 210 5475

Nr. 2613
BUCUREȘTI 27.06.2001

**SECȚII**

ARTE MARȚIALE
ATLETISM
BASCHET
BOX
CAIAC - CANOE
CANOTAJ ACADEMIC
CICLISM
FOTBAL
GIMNASTICĂ
HALTERE - CULTURISM
HANDBAL
HOCHEI PE GHIAȚĂ
JUDO
LUPTE
NATAȚIE
POLO
RUGBY
TENIS DE CÂMP
TIR
VOLEI
SCRIMĂ

Domnului PHIL BLOOM

Avem onoarea să vă informăm că echipa de baseball DINAMO București a participat la competiția dotată cu Cupa Cupelor (Grupa B), care s-a desfășurat în Franța, în localitatea Montpellier, în perioada 19 - 24.06.2001.

La acest eveniment sportiv internațional au luat parte, alături de campioana României, echipe din Austria, Franța, Moldova, Portugalia și Rusia.

În această companie valoroasă, echipa clubului nostru s-a clasat pe un onorant loc III, obținând două victorii (7-6 cu Moldova și 9-1 cu Rusia) și pierzând la mare luptă jocurile cu reprezentativele Austriei și Franței.

Folosim acest prilej pentru a vă adresa cele mai calde mulțumiri în legătură cu sprijinul pe care l-ați acordat la pregătirea și participarea echipei DINAMO București la această competiție, fără de care nu ar fi fost posibilă obținerea acestei performanțe.

Cu stimă deosebită,

PREȘEDINTE,
General de brigadă
Marcel Popescu