UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-053 (CKK) |
| ) | |
| PHILIP H. BLOOM, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT PHILIP BLOOM'S UNOPPOSED MOTION
TO AMEND THE COURT'S JUDGMENT**

Defendant Philip Bloom, by counsel, respectfully submits this Motion to Amend the Court's Judgment to substitute Fairton, New Jersey for Cumberland, Maryland in the Court's recommendation of an alternate facility designation for Mr. Bloom. The government has no objection to this request. In support of this motion, Mr. Bloom states as follows:

1. On March 1, 2007, the Court entered Judgment in this case and recommended that Mr. Bloom's term of imprisonment be served at the Bureau of Prisons facilities located in Allenwood, Virginia or Cumberland, Maryland.

2. Allenwood remains Mr. Bloom's designation preference, but if Allenwood is unavailable, Mr. Bloom requests that the Court recommend Fairton, New Jersey as the alternate.

3. Although he initially requested Cumberland as the alternate, Mr. Bloom has family members located closer to the facility in Fairton, New Jersey.

4. As he continues his cooperation with the government, this request benefits the government and defense counsel because Fairton is more accessible from Washington, D.C.

5. If the Court should grant this motion, Mr. Bloom requests that the Court direct the Clerk to serve a copy of the Court's order and its amended judgment upon the U.S. Bureau of

Prisons Designation and Sentence Computation Center. The Bureau of Prisons has informed counsel that it accepts only those designation recommendations sent to it by the Office of the Clerk of Court or the U.S. Marshal's Service.

WHEREFORE it is requested that this motion be granted and the Court's judgment be amended.

Respectfully submitted,

*/s/ John N. Nassikas III*
John N. Nassikas III  (Bar No. 387167)
John Gurley  (Bar No. 396894)
Timothy P. Kane (Bar. No. 500660)
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5339
(202) 857-6000 (Telephone)
(202) 857-6395 (Fax)

Dated:    March 15, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-053 (CKK)** |
| | ) | |
| **PHILIP H. BLOOM,** | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER GRANTING DEFENDANT PHILIP BLOOM'S
UNOPPOSED MOTION TO AMEND THE COURT'S JUDGMENT**

This criminal case is before the Court for consideration of Defendant Philip Bloom's Motion to Amend the Court's Judgment to recommend Fairton, New Jersey rather than Cumberland, Maryland. The Court has reviewed the motion and statement in support. The Court also notes the parties' agreement.

Accordingly, it is hereby **ORDERED** as follows:

1. Defendant's motion is **GRANTED**.

2. The Court's Judgment is **AMENDED** as follows: The Court recommends that defendant's sentence be served at Allenwood, Virginia or Fairton, New Jersey.

3. The Clerk is **DIRECTED** to serve a copy of this order and the Court's amended judgment on the Bureau of Prisons, Designation and Sentence Computation Center, Grand Prairie Office Complex, U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, TX 75051.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Dated: _____

## CERTIFICATE OF SERVICE

I, Laura S. Lester, hereby certify that on this 15th day of March, 2007, I caused to be served by electronic delivery a copy of Defendant Philip H. Bloom's Unopposed Motion to Amend the Court's Judgment, the Proposed Order, and this Certificate of Service upon:

James Crowell, Esq.
Ann Brickley, Esq.
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, N.W.
12th Floor
Washington, D.C. 20005

*Laura S. Lester*
Laura S. Lester, Esq. (Bar No. 465035)
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5339
(202) 857-6000 (Telephone)
(202) 857-6395 (Fax)