UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-053 (CKK) |
| ) | |
| PHILIP H. BLOOM, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER GRANTING DEFENDANT PHILIP BLOOM'S
UNOPPOSED MOTION TO AMEND THE COURT'S JUDGMENT**

This criminal case is before the Court for consideration of Defendant Philip Bloom's Motion to Amend the Court's Judgment to recommend Fairton, New Jersey rather than Cumberland, Maryland. The Court has reviewed the motion and statement in support. The Court also notes the parties' agreement.

Accordingly, it is hereby **ORDERED** as follows:

1. Defendant's motion is **GRANTED**.

2. The Court's Judgment is **AMENDED** as follows: The Court recommends that defendant's sentence be served at Allenwood, Virginia or Fairton, New Jersey.

3. The Clerk is **DIRECTED** to serve a copy of this order and the Court's amended judgment on the Bureau of Prisons, Designation and Sentence Computation Center, Grand Prairie Office Complex, U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, TX 75051.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2007