IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:06-cr-53-CKK |
| PHILIP H. BLOOM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S SECOND MOTION TO UNSEAL**

The United States, by and through its undersigned counsel, respectfully moves the Court to unseal the Government's Sentencing Statement and Departure Motion. The information contained in the Sentencing Statement and Departure Motion will no longer jeopardize the criminal investigation and prosecution of this and related cases. The government therefore asks the Court to direct the Clerk of Court to unseal the Government's Sentencing Statement and Departure Motion. A proposed order is attached.

                              Respectfully submitted,

                              WILLIAM M. WELCH II
                              Chief

Dated Mar. 11, 2008        By:   /s/ Michael Ferrara
                                          ANN C. BRICKLEY
                                          MICHAEL FERRARA
                                          Trial Attorneys
                                          Public Integrity Section
                                          Criminal Div., U.S. Dep't of Justice
                                          1400 New York Ave. NW, 12th Fl.
                                          Washington, DC 20005
                                          Tel.: 202-514-1412

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:06-cr-53-CKK |
| | ) | |
| PHILIP H. BLOOM, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government's motion to unseal is granted and it is hereby ordered that the Government's Sentencing Statement and Departure Motion is unsealed.

SO ORDERED this _____ day of March 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 11, 2008, I caused John M. Gurley and John N. Nassikas III, counsel to defendant Philip H. Bloom, to be electronically notified of the attached motion and proposed order, via filing on CM/ECF.

                 /s/ Michael Ferrara
                 Trial Attorney