UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED** |
| | ) | JUN 1 1 2008 |
| v. | )   Criminal No. 06-053 (CKK) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| | ) | |
| PHILIP H. BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT PHILIP H. BLOOM'S WAIVER OF APPEARANCE

Defendant Philip H. Bloom, through counsel, waives his right to appear at the Court's hearing on the government's motion to reduce his sentence pursuant to Fed. R. Crim. P. 35(b)(2). The hearing is currently scheduled for June 11, 2008. Mr. Bloom is incarcerated at the Federal Correctional Institute in Cumberland, Maryland. Given the difficulties involved in being transported to and from Washington, D.C., Mr. Bloom prefers not to attend the Rule 35 hearing. Mr. Bloom is aware of his right to attend the hearing and, by his signature below, knowingly and intelligently waives his right to appear.

Respectfully submitted,

_____
John N. Nassikas III  (Bar No. 387167)

John Gurley  (Bar No. 396894)

Tim Kane (Bar No. 500660)

_____
Philip H. Bloom

Dated: June 12, 2008