UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-053 (CKK) |
| vs. : | |
| : | FILED |
| PHILIP H. BLOOM : | JUN 1 9 2008 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

This matter having come before the Court upon consideration of the motion of the Government to Reduce Sentence, it is this __19th__ day of June, 2008;

**ORDERED,** that the Motion to Reduce PHILIP BLOOM's Sentence pursuant to Federal Rule of Crim Pr. 35(b)(2), be and the same is hereby granted.

**FURTHER ORDERED,** that a new Judgment be entered on the new imposed sentence.

6/19/08
Date

Colleen Kollar-Kotelly, United States District Judge