UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 6:00053 (CKK) |
| v. | : | |
| PHILIP H. BLOOM, Defendant | : | |

MOTION OF THE UNITED STATES FOR A FINAL ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth below. A proposed order is submitted with this motion.

1. On February 27, 2006, the United States filed a criminal Information and Plea Agreement entered into by the Defendant, Philip H. Bloom (The "Defendant"), and the Government. [Dkt #27, 29].  On February 12, 2007, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture [Dkt #60].  The Court signed the Preliminary Order on February 15, 2007 [Dkt #61].  According to the Order, the Defendant had an interest in Account Number 19212 at Bank Hoffman in Switzerland (the "Subject Property"), the United States had established the requisite nexus between such property and the offenses to which the Defendant was pleading guilty, and the Defendant's interest was deemed forfeited as a result of that guilty plea.  (Preliminary Order ¶ 3).  The Court further ordered that, pursuant to Fed. R. Crim, P. 32.2(b)(3), the Preliminary Order would become final as to the Defendant at the time of sentencing.  (Id. ¶ 9).  The Defendant was subsequently sentenced on February 16, 2007.

2. With respect to any potential interests of third parties in the Subject Property, the

Court ordered the Government to publish notice of the Preliminary Order and its intent to dispose of the Subject Property.  (Id. ¶ 7).  In accordance with the Preliminary Order and with 18 U.S.C. § 983, the United States Department of Treasury properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the Subject Property in the Washington Times on June 1, 2007, April 16, 2008 and April 23, 2008.  Initially, Washington Times was ordered to publish the notice three times but they failed to do so. The notice was published two additional times in April 2008.  Affidavits of Publication specifying the details of this publication is attached as Exhibit A to this motion.

       3.  Pursuant to 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(n), any person asserting a legal interest in the property subject to forfeiture may, within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.  No claims were filed within the 30-day period.  Therefore, any third-party interests are barred by failure of other third parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

        Respectfully submitted,

        WILLIAM WELCH II
        Chief, Public Integrity Section

        **s/ Ann C. Brickley**
By:  _____
        ANN C. BRICKLEY
        ETHAN H. LEVISOHN
        Trial Attorneys
        U.S. Department of Justice
        Criminal Division
        1400 New York Ave., NW
        Washington, DC 20530
        Phone: (202) 514-1412
        Fax: (202) 514-3003
        Email: Ann.brickley@usdoj.gov

Dated: August 19, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 6:00053 (CKK) |
| v. | : | |
| PHILIP H. BLOOM,<br>    Defendant | : | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 15, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in Account Number 19212 at Bank Hoffman in Switzerland (the "Subject Property"), and

WHEREAS, the United States caused to be published in the Washington Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982 and 28 U.S.C. § 2461;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Account Number 19212 at Bank Hoffman in Switzerland is hereby forfeited to the United States of America pursuant to Title 18, United States Code, §§ 981 and 982 and Title 28, United States Code, § 2461.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

      IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

      IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the Public Integrity Section, Criminal Division, United States Department of Justice, Attention: Trial Attorney Ann Brickley.

SO ORDERED:

Dated:

 

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify on this 19th day of August, 2008, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Nicholas Nassikas, III
ARENT FOX PLLC
Washington Square Building
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6014
Fax: (202) 857-6395
 Email: nassikas.john@arentfox.com


      **s/ Ann C. Brickley**
BY: _____
      ANN C. BRICKLEY
      Trial Attorney
      Criminal Division
      Public Integrity Section
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 514-1412
      Fax: (202) 514-3003
      Email: Ann.brickley@usdoj.gov