**EXHIBIT A**

## AFFIDAVIT OF PUBLICATION

**AD# 10155609**

District of Columbia, ss,
Personally appeared before me, **FAITH H. ALLBRITTON,**
a Notary Public in and for the District of Columbia,

**CARL S. JOHNSON,** who is being duly sworn according to law, an oath says that he is
an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of



Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy was published in said newspaper _1_ time(s) on the following dates:

**2007 JUNE 1**

at the rate of $ 2.91 per line.

Total Cost $ 459.78 Dollars

Subscribed and sworn to before me

**APRIL 9, 2008**

Notary Public _Faith H. Allbritton_

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
v.                       Criminal No. 06-cr-053 (CKK)
PHILIP H. BLOOM,
   Defendant.

**NOTICE OF FORFEITURE**

Notice is hereby given that on February 14, 2007, in the above-captioned case, the Honorable Colleen Kollar-Kotelly, United States District Judge for the District of Columbia, entered an Order forfeiting to the United States of America the following property: Account No. 19212 at Bank Hofmann in Switzerland. The Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n) and Federal Rule of Criminal Procedure 32.2. If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.
The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.
Your petition must be filed with the United States District Court for the District of Columbia in Criminal Case No. 06-53 at the following address:
Clerk, United States District Court,
District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.Washington, DC 20001

You must also serve the United States Department of Justice with your petition at the following address:
10th & Constitution Ave., N.W.,
Criminal Division, AFMLS,
Bond Building, Washington, D.C. 20530
Attn: Trial Attorney Patrick T. Murphy

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE SUBJECT PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

## AFFIDAVIT OF PUBLICATION

**AD# 10188361**

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia,

CARL S. JOHNSON, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

### The Washington Times

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy, was published in said newspaper 2 time(s) on the following dates:

2008 APRIL 16 & 23

at the rate of $ 0.00 per line.

Total Cost $ 0.00 Dollars

*[signature: Carl S. Johnson]*

Subscribed and sworn to before me

APRIL 29, 2008

Notary Public *[signature: Faith H. Allbritton]*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,        )
                                 )
v.)        Criminal No. 06-cr-053 (CKK)
                                 )
PHILIP H. BLOOM,                 )
                                 )
Defendant.                       )
_____)

**NOTICE OF FORFEITURE**

Notice is hereby given that on February 14, 2007, in the above-captioned case, the Honorable Colleen Kollar-Kotelly, United States District Judge for the District of Columbia, entered an Order forfeiting to the United States of America the following property: Account No. 19212 at Bank Hofmann in Switzerland. The Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n) and Federal Rule of Criminal Procedure 32.2. If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.
The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.
Your petition must be filed with the United States District Court for the District of Columbia in Criminal Case No. 06-53 at the following address:
Clerk, United States District Court,
District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W. Washington, DC 20001

You must also serve the United States Department of Justice with your petition at the following address:
10th & Constitution Ave., N.W.,
Criminal Division, AFMLS,
Bond Building, Washington, D.C. 20530
Attn: Trial Attorney Patrick T. Murphy

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE SUBJECT PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.