UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 6:00053 (CKK) |
| | : | |
| v. | : | |
| | : | |
| PHILIP H. BLOOM, | : | |
| Defendant | : | |
| | : | |

**FILED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 15, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in Account Number 19212 at Bank Hoffman in Switzerland (the "Subject Property"), and

WHEREAS, the United States caused to be published in the Washington Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982 and 28 U.S.C. § 2461;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Account Number 19212 at Bank Hoffman in Switzerland is hereby forfeited to the United States of America pursuant to Title 18, United States Code, §§ 981 and 982 and Title 28, United States Code, § 2461.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the Public Integrity Section, Criminal Division, United States Department of Justice, Attention: Trial Attorney Ann Brickley.

SO ORDERED:

Dated: August 23, 2008

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE