IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:06-cr-53-CKK |
| | ) | |
| PHILIP H. BLOOM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**FILED**

AUG 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The government's motion to unseal is granted and it is hereby ordered that the Government's Sentencing Statement and Departure Motion is unsealed.

SO ORDERED this 26th day of ~~March~~ Aug. 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge